Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the MIDDLE

District of LOUISIANA

Division

|  |  |
|---|---|
| *Lakyia T. SKINNER, Pro'se*<br>Plaintiff(s)<br><br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br><br>-v-<br><br>*STATE OF LOUISIANA, Etal*<br><br>*"See Attached"*<br>Defendant(s)<br><br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _____<br>(to be filled in by the Clerk's Office)<br><br>Jury Trial: *(check one)*  ☑ Yes  ☐ No<br><br>**RECEIVED**<br><br>**MAR 14 2024**<br><br>U.S. DISTRICT COURT<br>MIDDLE DISTRICT OF LOUISIANA<br><br>DEPUTY CLERK |

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Lakyia T. Skinner |
| Street Address | 636 Ave A |
| City and County | Marrero |
| State and Zip Code | La, 70072 |
| Telephone Number | (504) 314-9930 |
| E-mail Address | Lakyia1skinner@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendants: Warden Burl Cain, Lt. Eddie Veal,
Cadet Gerald Cristie, EMT Poret, EMT Fritzgerald,
Major Laborde, EMT Who name I don't Know,
STATE OF LOUISIANA, Sgt. Charles Woods,
LT. Montgomery, Samuel C. D'Aquilla,
Detective Gilbert, Angola Cell Entry Team,
Michella McNeal

1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

Name     Burl Cain

Job or Title *(if known)*     Warden, Louisiana State Prison

Street Address     17544 TUNICA TRACE

City and County     Angola, La 70712

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 2

Name     Charles Woods, sgt.

Job or Title *(if known)*     Master Sgt. Louisiana state Prison

Street Address     17544 Tunica Trace, LSP

City and County     Angola, La 70712

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name     Gerald Cristie

Job or Title *(if known)*     Cadet, Louisiana State Prison

Street Address     17544 Tunica Trace, LSP

City and County     Angola, La 70712

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name     Montgomery

Job or Title *(if known)*     LT. Camp J

Street Address     17544 Tunica Trace, LSP

City and County     Angola, La 70712

State and Zip Code

Telephone Number

E-mail Address *(if known)*

DEFENDANT NO. 5
Eddie Veal
LT.
17544 Tunica Trace, LSP
Angola, La 70712

DEFENDANT NO. 6
Fritzgerald
EMT
17544 Tunica Trace, LSP
Angola, La 70712

DEFENDANT NO. 7
Poret
EMT
17544 Tunica Trace, Lsp
Angola, La 70712

DEFENDANT NO. 8
Laborde
Major
17544 Tunica Trace
Angola, La 70712

2 of 5

DEFENDANT NO. 9
White Male
EMT
17544 Tunica Trace, LSP
Angola, La 70712

DEFENDANT NO. 10
Samuel C. D'Aguilla
District Attorney West Feliciana
20th Judicial District Attorney's office

DEFENDANT NO. 11
Gilbert
Det. West Feliciana Sheriff Dept

DEFENDANT NO 12
L.S.P. Cell Entry Team
17544 Tunica Trace, L.S.P.
Angola, La 70712

DEFENDANT NO. 13
Capt. Michella McNeal
W. Feliciana Parish Sheriff office (cid)
4785 Prosperity st.
St. Francisville, La 70775

2 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question                    [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. *Amendment VIII, Amendment XIV, Section 1*

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
          The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b.    If the plaintiff is a corporation
          The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
          and has its principal place of business in the State of *(name)* _____.

          *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
          The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Page 3 of 5

Statement of Claim #1

On 6-7-2000 My Attorneys Robin E. Schulberg and Georgianne Sims who the U.S. District Court Eastern District of Louisiana appointed to represent me in:

Skinner v. Lee, etal Case No. 2:98-CV-1461

wrote Burl Cain letting him know that his Master Sgt. Charles Woods threaten to physically harm me in retaliation for me suing the Jefferson Parish Sheriff office,

On 8-27-2000 I Lakyia T. Skinner was sprayed with multible Cans of mace by LT. Montgomery and LT. Eddie Veal, than they Called the Cell entry team on me and after I obey all order's I was again sprayed with multiple Can's of mace, I was beaten, shocked with a shield with thousands of volts and the Cell entry tryed to shove their night stick up my butt

(1)

I Was escorted to the shower to wash the mace out of my eye's and Emt Fritzgerald instructed me to leave my underware on the floor and he gave me A jump sute with A large tare at the bottom. I Was placed in full restraint's and escorted to the R.E. Borrow Treatment Center By Eddie Veal and Gerald Cristie.

(Additional page to Statement of Claim #1)

(2)

(STATEMENT OF Claim 2)

A white Male EMT who Name I dont Know duct taped my mouth in an examination room at the R.E. Barrow Treatment Center and Laborde and Poret grab my jumpsuit by the Collar and Yanked me across the medical bed thus Pulling my juimpsuit over my head and when I tryed to scream for help they t-ryed to break my jaw!

with my Jumpsuit being Pulled over my head I managed to pop the duct tape off of my m-outh as I yelled in pain and my Private Parts being exposed by the large tare in the bottom of my Jumpsuit

Behind me is Eddie Veal, Gerald Cristie, Fritzgerald EMt, and A unKnown EMt who duct taped my mouth. They all were beating me telling me nigger I Kill you, and one of the guards raped me!

All of the Angola Employee's had me in fear of my life my whole 15 years at Angola I was trumatized!

(1)

I beleave I had multiple nurve's break down and all most lost my mind! I was ashamed to tell anyone in my family that the guards beat and raped me.

I filed an ARP with the Prison and they forged my signature on the ARP and had it dropped!

Their was no investigation and I wasnt given the opportunity to press charge's against all of the guard's involved and EMt.

I wrote A letter to President Barrak oBama explaining to him how the Angola Guards and Emt Beat and Raped me and how I was Sexually assulted by the Cell entry team and I gave the letter to my brother on visit to mail off to the white House

(Addition to statement of Claim 2)

(2)

I done A Public record request with Warden Tim Hooper at Angola(LSP) requesting A Copy of my ARP of me being raped and he refused to provide me A Copy so A handwriting expert Can Compare signatures and handwriting samples to establish that they forged my signature because I Was serving life at that time and they figured I Wasent getting out of prison. I wasent afforded the opportunity to exhost all of my Administrative Remedie's and No investigation was had and they had me in fear of my life because they showed me that they Could rape me and get away with it on the Louisiana State Penitentiary grounds and nothing would be done about it

I also made A Public record request with Capt. Michella McNeal of W. Feliciana Parish Sheriff office (Cid) and she refused to send me A Copy of my A.R.P.

I Went met with Det. Gilbert of W. Feliciana Parish Sheriff office to Press Charge's against every one of them Guards who Beat, Sexually Assaulted me and Raped me and the worst part of it all. After they done this to me, Angola put me on Sucide watch butt Naked and scrap me down on 4 point restraints in the dungon!

(Addition to statment of Claim 2)

(3)

Samuel C. D'Aquilla who is the Head D.A. for W. Feliciana Parish refuse to investigate and Prosecute all indiuiduals in-voled thus showing me that my rights will be protected like anyone else and he has shown A gross neglence and departure from upholding the law and the position of his office and the oath that he sworn to up hold.

(Addition to Statement of Claim 2)

(4)

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.     If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Each Defendant is sued in his individual and official Compacity for Punitive Damages and Special Damages in the amount of 500 Million Dollars Five Hundred million Dollars.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    3-12-2024

Signature of Plaintiff    *Lakyia T. Skinner*

Printed Name of Plaintiff    Lakyia T. Skinner

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____



## Letters To Leaders

All messages are published with permission of the sender. The general topic of this message is Civil Rights:

Subject:
Bobby Jindal refuse to see us about complaint of 2000 rape of Lakyia skinner in Angola penitentiary

**Bio & Contact Info**

**Letters To Leaders**

To:
**President Barack Obama**

More Letters

July 16, 2011

My Lil brother told me in a letter after 11 yr of shame and intimidation. He finally told me he was beaten sexually assaulted and raped by Louisiana State penitentiary employees. There names (cell entry team 1 and 2 ) Eddie veal. officer Laborde cdt. Cristie officer Fritzgerald and a white male emt who face he did not see. Here is his story

Subject:
Bobby Jindal refuse to see us about complaint of 2000 rape of Lakyia skinner in Angola penitentiary

To:
President Barack Obama

July 16, 2011

My Lil brother told me in a letter after 11 yr of shame and intimidation. He finally told me he was beaten sexually assaulted and raped by Louisiana State penitentiary employee's. There names (cell entry team 1 and 2 ) Eddie veal officer Laborde, sdt. Crisue, officer Fritzgerald , and a white male, emt who face he did not see. Here is his story

LAKYIA T. SKINNER
636 AVE A
MARRERO, LA 70072
(504) 314-9930
DATE 6/26/23

CAPT. MICHELLA MCNEAL
CRIMINAL INVESTIGATIONS DIVISION
W.FELICIANA PARISH SHERIFF OFFICE (CID)
4785 PROSPERITY ST.
ST. FRANCISVILLE, LA 70775

RE: **LA. R.S.44:31 PUBLIC RECORDS REQUEST;**
**SEE ALSO LA.R.S.44:32(D) RECORDS MUST BE SENT WITHIN 3 DAYS**

DEAR CAPT. MCNEAL:

MY NAME IS LAKYIA T. SKINNER, DOC NUMBER WAS **405902**. PLEASE SEND ME ANY AND ALL INFORMATION PERTAINING TO AN **ARP** AND **DROP LETTER** IN REGARD TO MR. SKINNER'S CIVIL RIGHTS BEING VIOLATED BY LSP EMPLOYEES AT CAMP J WITH ARP DATE OF **8/27/2000**.

IN ACCORDANCE WITH THE AFOREMENTIONED LAW AND PROCEDURE, YOU HAVE 3 DAYS TO SEND ME THE INFORMATION REQUESTED IN ACCORDANCE WITH STANDARD PUBLIC RECORDS REQUEST.

I REMAIN...

SINCERELY YOURS,

LAKYIA T. SKINNER
636 AVE A
MARRERO, LA 70072
(504) 314-9930

LAKYIA T. SKINNER
636 AVE A
MARRERO, LA 70072
(504) 314-9930
DATE 6/26/23

WARDEN TIM HOOPER
LOUISIANA STATE PENITENTIARY
17544 TUNICA TRACE
ANGOLA, LA 70712

RE: **LA. R.S.44:31 PUBLIC RECORDS REQUEST;**
**SEE ALSO LA.R.S.44:32(D) RECORDS MUST BE SENT WITHIN 3 DAYS**

DEAR WARDEN HOOPER:

MY NAME IS LAKYIA T. SKINNER, DOC NUMBER WAS **405902**. PLEASE SEND ME ANY AND ALL INFORMATION PERTAINING TO AN **ARP** AND **DROP LETTER** IN REGARD TO MR. SKINNER'S CIVIL RIGHTS BEING VIOLATED BY LSP EMPLOYEES AT CAMP J WITH ARP DATE OF **8/27/2000**.

IN ADDITION, SEND ME THE LETTER FROM MR. LAKYIA SKINNER'S ATTORNEY ROBIN E. SCHULBERG SENT TO WARDEN BURL CAIN ON 6/7/2000.

IN ACCORDANCE WITH THE AFOREMENTIONED LAW AND PROCEDURE, YOU HAVE 3 DAYS TO SEND ME THE INFORMATION REQUESTED IN ACCORDANCE WITH STANDARD PUBLIC RECORDS REQUEST.

I REMAIN...

SINCERELY YOURS,

LAKYIA T. SKINNER
636 AVE A
MARRERO, LA 70072



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Saint Francisville LA 70775  OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0548 |
| $ | $3.35 | 08 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.63 | |
| $ | | 06/26/2023 |
| Total Postage and Fees | $8.13 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No. 478 Prosperity St

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Angola  FLA 70712  OFFICIAL USE

| | | |
|---|---|---|
| Certified Mail Fee | $4.15 | 0548 |
| $ | $3.35 | 08 |
| Extra Services & Fees *(check box, add fee as appropriate)* | | |
| ☐ Return Receipt (hardcopy) | $ $0.00 | |
| ☐ Return Receipt (electronic) | $ $0.00 | Postmark |
| ☐ Certified Mail Restricted Delivery | $ $0.00 | Here |
| ☐ Adult Signature Required | $ $0.00 | |
| ☐ Adult Signature Restricted Delivery | $ | |
| Postage | $0.63 | |
| $ | | 06/26/2023 |
| Total Postage and Fees | $8.13 | |
| $ | | |

Sent To

Street and Apt. No., or PO Box No. 17544 Tunica Tr

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

---

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. | A. Signature |
| ■ Print your name and address on the reverse so that we can return the card to you. | X _Most K M_  ☑ Agent  ☐ Addressee |
| ■ Attach this card to the back of the mailpiece, or on the front if space permits. | B. Received by *(Printed Name)* Most K Murray   C. Date of Delivery 6/28/23 |
| 1. Article Addressed to:  Warden Tim Hooper  LSP  17544 Tunica Trace  Angola, La 70712  (Public Records Request) | D. Is delivery address different from item 1? ☐ Yes  If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖  9590 9402 8093 2349 4907 82 | 3. Service Type  ☐ Adult Signature  ☐ Adult Signature Restricted Delivery  ☑ Certified Mail®  ☐ Certified Mail Restricted Delivery  ☐ Collect on Delivery  ☐ Collect on Delivery Restricted Delivery  ☐ Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®  ☐ Registered Mail™  ☐ Registered Mail Restricted Delivery  ☐ Signature Confirmation™  ☐ Signature Confirmation Restricted Delivery |
| 7022 1670 0002 3276 9646 | |

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**USPS TRACKING #**



BATON ROUGE LA 707

9590 9402 8093 2349 4907 82

**United States**
**Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Lakyia T. Skinner
636 Ave A
Marrero, La 70072



**UNITED STATES POSTAL SERVICE.**

MARRERO
5351 LAPALCO BLVD
MARRERO, LA 70072-9998
(800)275-8777

06/26/2023                          04:05 PM
---------------------------------------------
Product           Qty   Unit    Price
                        Price
---------------------------------------------
First-Class Mail®   1            $0.63
Letter
    Angola, LA 70712
    Weight: 0 lb 0.40 oz
    Estimated Delivery Date
        Wed 06/28/2023
    Certified Mail®                $4.15
        Tracking #:
            70221670000232769646
    Return Receipt                 $3.35
        Tracking #:
            9590 9402 8093 2349 4907 82
    Affixed Postage               -$0.63
        Affixed Amount: $0.63
Total                              $7.50

First-Class Mail®   1            $0.63
Letter
    Saint Francisville, LA 70775
    Weight: 0 lb 0.40 oz
    Estimated Delivery Date
        Wed 06/28/2023
    Certified Mail®                $4.15
        Tracking #:
            7022   00232769516
    Return Receipt                 $3.35
        Tracking #:
            9590 9402 8093 2349 4907 99
    Affixed Postage               -$0.63
        Affixed Amount: $0.63
Total                              $7.50
---------------------------------------------
Grand Total:                      $15.00
---------------------------------------------
Cash                              $15.00
---------------------------------------------

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
          1-800-222-1811.

          Preview your Mail
          Track your Packages
          Sign up for FREE @
    https://informeddelivery.usps.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
      Thank you for your business.

      Tell us about your experience.
Go to: https://postalexperience.com/Pos
or scan this code with your mobile device.

      or call 1-800-410-7420.

---------------------------------------------

UFN: 215863-0548
Receipt #: 840-57000031-2-7603329-2
Clerk: 08



**FROM:**
Lakyia T. Skinner
636 Avenue A
Marrero, La 70072

CERTIFIED MAIL

9589 0710 5270 0717 8684 88

Retail

U.S. POSTAGE PAID
FCM LG ENV
MARRERO, LA 70072
MAR 12, 2024
70801    $10.64
RDC 99    R2303S100518-08

**TO:**
United States District Court
Middle District of Louisiana
Clerks office
777 Florida St.
Baton Rouge, La 70801

RETURN RECEIPT
REQUESTED

Utility Mailer
10 1/2" x 16"

ReadyPost

